IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01473-RPM-KMT

COINSTAR, INC., a Delaware corporation,

Plaintiff,

v.

KIOSK INFORMATION SYSTEMS, INC.,
a Colorado corporation,

Defendant.

_____

ORDER VACATING ORDER OF REFERENCE
_____

This civil action having been reassigned and the Order of Reference to United

States Magistrate Judge, entered by Judge Robert E. Blackburn, being inconsistent with

this Court's case management procedure, it is

ORDERED that the Order of Reference is vacated.

DATED:   September 8th, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge