IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01473-RPM

COINSTAR, INC., a Delaware corporation,

        Plaintiff,

v.

KIOSK INFORMATION SYSTEMS, INC.,
a Colorado corporation,

        Defendant.
_____

ORDER DENYING MOTION TO DISMISS
_____

      Upon considering defendant's motion to dismiss the first, second and fourth claims for relief, filed August 25, 2008, it is

      ORDERED that the motion is denied.

      DATED:   September 8th, 2008

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge