**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01473-RPM

COINSTAR, INC., a Delaware Corporation,

     Plaintiff,

v.

KIOSK INFORMATION SYSTEMS, INC. a Colorado Corporation,

     Defendant.

**ORDER RE:  STIPULATION OF DISMISSAL WITH PREJUDICE**

THIS COURT, having reviewed the Stipulation of Dismissal with Prejudice submitted by Plaintiff and Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1) and being otherwise advised in the premises;

HEREBY ORDERS, ADJUDGES AND DECREES:  That all claims asserted by Plaintiff against Defendant, shall be dismissed with prejudice, each party to bear his/its own costs, including attorneys' fees, inasmuch as a complete compromise of all such claims has been reached by the parties hereto.

DATED this 22nd day of September, 2008.

BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch, Senior Disctrict Judge